09CV2699
JUDGE BUCKLO
MAGISTRATE JUDGE (COX)
AO

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ Law _____ DIVISION

(Name all parties)

Rickey L. Stevenson, Reg. no. B-36580

v.

Richard M. Daley (Mayor of Chicago)

No. 09CH12316

4-14

### SUMMONS

**To each Defendant:** 121 N. LaSalle Room 507 Chgo I 60602.

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ **Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602**

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

    This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

**Atty. No.:** N/A

**Name:** Mr. Rickey L. Stevenson, B-36580

**Atty. for:** Pro-se

**Address:** 711 Kaskaskia Street

**City/State/Zip:** Menard Illinois 62259

**Telephone:** (618) - 826 - 5071

**Service by Facsimile Transmission will be accepted at:** _____

WITNESS, MAR 19 2009 _____

DOROTHY BROWN
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: 4/9/09 _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Circuit Court of Cook County
County Department Law Division

RECEIVED
2009 MAR 19 AM 8:45
OFFICE OF THE
CITY CLERK

MR. Rickey L. Stevenson, A.K.A.
 Ronnie L. McAtee
Reg. No. B-36580
            Plaintiff,

vs.

 Richard M. Daley, Mayor
City of Chicago - A Municipal Corporation
Philip J. Cline, fmr. Supt. of Police
Chicago Police Department,
P.o. William H. Wagner, Bdg. No. # 10600
P.o. Enrique Pacheco, Bdg. No. # 13550
P.o. Haleem Mahmoud, Bdg. No. # 14193
Sgt. John / Jane Doe(s); All named
Defendants Are being Sued individually
And in their official Capacities;
            Defendants.

09 CH 12316



FILED
2009 MAR 19 A 9:01
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
CHANCERY DEPT.

# COMPLAINT AT LAW

Now comes Rickey L. Stevenson, Plaintiff - pro-se in Accordance
with 42 u.s.c. Section 1983 Civil Rights Action Sounding in tort
And consistent with the provisions of 720 ILCS 5/ 1-2 (d),
725 ILCS 5/103-2 (A), And the intentional Violation of the
Statutory Criminal offenses of Battery - 720 ILCS 5/12-3,
Official Misconduct - 720 ILCS 33-3 para - (A) And (B),

And negligence - 720 ILCS 5/4-7, wherein Plaintiff Seeks A Declaratory Judgement, injunctive Relief and Monetary Damages Complaining of Defendants Richard M. Daley, Mayor of City of Chicago, Philip J. Cline, fmr. Supt. of Police, P.O. William J. Wagner, #10600, P.O. Enrique Pacheco, #18550, Haleem Mahmoud, #14193 And Sgt.(s) John/Jane Doe(s) Alleging as follows:

## Introduction

This is a civil Rights Complaint filed pursuant to 42 u.s.c. Sec., 1983 Sounding in tort Against the city of Chicago And Members of the Chicago Police Department for Violation of the State Statutory Commands of 720 ILCS 5/1-2 (d) - General purposes, 725 ILCS 5/103-2 (A) (Treatment while in custody), in which Defendants owed Plaintiff A duty of care as a Arrestee in their - - Custody And illegally Subjected Plaintiff to A use Of excessive physical force in doing so, the Plaintiff Suffered Serious injuries, such as, Continous Migraine headaches, Neck and Back pain, Insomnia and other Known And unknown psychological injuries currently now and in the future And Result of Defendants Actions.

Defendants was continuously Deliberately indifferent to Plaintiffs' Serious Medical Needs by denying him Adequate Medical Treatment or follow-up Treatment

③

by their Refusal to provide Plaintiff pain Medication
as instructed by Doctor.

The Defendants Action or inaction Amounts to
a intentional violation of the Statutory CRIMINAL
Offense of Battery - 720 ILCS 5/12-3, official -
Misconduct - 720 ILCS 33-3 para-(A) And (B) And
Negligence - 720 ILCS 5/4-7 As Committed by the
Defendants Against the Plaintiff in this Action, And
their Actions was the direct And proximate cause of
Plaintiffs' injury that he Alleges was in violation of
Plaintiffs' (4th), (8th) And (14th) Amendments to the u.s.
Constitution And under the Constitution of the State
of Illinois Art., I, Sec., 1, 2, 12, 13 And 24 Act of
1970;

Jurisdiction And VENUE

This Action And Jurisdiction over it Arise under the Ch.
42 u.S.c. Sec., 1983, 720 ILCs 5/1-2 (d), 735 ILCS 5/103-2
(A), 735 ILCS 5/2-801, Sec., 5/2-209, 720 ILCS 5/12-3
(Battery), 720 ILCS 33-3 para-(A)(B)(official Misconduct),
720 ILCS 5/4-7 (Negligence), The (4th), (8th) And (14th)
Amendments to the constitution of the united States, Art.,
I, Sec., 1, 2, 12, 13 And 24 constitution of the State of
Illinois Act of 1970 And all the Equitable powers

④

inherent in the circuit court of Cook County, Illinois;
The venue is proper under the code of civil procedure and
pursuant to Ch. 735 ILCS 5/2-103 wherein ALL named
Defendants are employee(s) by the City of Chicago And
Are Residents of Chicago, Illinois and are proper --
parties to this Action.

## PARTIES

1.' The Plaintiff Ronnie L. McAtee, A.K.A. Rickey L. Stevenson
Pro-Se is At ALL times Relevant currently A Prisoner
incarceration within the Illinois Department of Corrections
housed At the Menard Correctional Center located At
711 Kaskaskia, Str, Menard Illinois 63259-0711, County
of Randolph, Under Register No. # B-36530,

2.' Defendant Richard M. Daley, is Sued in his individual
And Official Capacity as the Mayor of the City of
Chicago At City HALL Building - 121 N. LaSalle, Street
Suite-507, Chicago, Illinois 60602 (Hereafter Referred
to As Mayor) And pursuant to ALL Applicable --
Municipal Codes, Ordinances of the City and Local
LAWs. He is Responsible for the Overall Management
And Control of the City of Chicago - Municipal
Government,

⑥

3.) Defendant Philip J. Cline, is sued in his individual and official capacity as the former superintendent of the Chicago Police Department, located at 3510 S. Michigan Ave., 5th floor, Chicago Illinois 60653. (Hereafter Referred to as C.P.D.)

He is responsible for the general management and control over the Chicago Police Department pursuant to all applicable municipal codes, ordinance of the city and is also responsible for the hiring, training of C.P.D. employee(s) and maintaining the care and custody of arrestee's.

4.) Defendants William I. Wagner, Badge No. # 10600, Enrique Pacheco, Badge No.# 12550, Haleem Mahmoud, Badge No.# 14193 And John / Jane Doe, sergeants, is sued in their individual and official capacities as current members of the Chicago Police Department as police officers' located at 3510 South Michigan Ave., Chicago, Illinois 60653 and they are responsible for serving and protecting the citizens of the city of Chicago.

5.) All named defendants are being sued individually in their capacities for monetary damages and in their official capacities for injunctive relief.

# Count I
## Allegations of Facts

### Use of Excessive Physical Force
### Assault-n-Battery, Official Misconduct
### and Negligence

⑥

1.' Plaintiff-Stevenson was at all times relevant a citizen and a resident of the city of Chicago, resided at 7921 South Marquette Ave., Apt. 2, Chicago, Illinois 60617 with all rights, privileges and immunities due to him pursuant to the U.S. Constitution and the Constitution of the State of Illinois.

2.' On or about September 18th, 2007, at approximately 1:30 AM the Plaintiff-Stevenson was exercising his personal liberty and was enroute from his Auntie's house (Mrs. Ida E. Hudson) located at 7239 South Richmond Ave., Chicago, Illinois 60629 and on his way home.
That as Plaintiff began walking down 73rd Street headed to Western Avenue toward 79th and Western C.T.A. bus terminal to catch the C.T.A. Bus home.

3.' As Plaintiff walked down Western Avenue toward 79th Street, he was approached by Defendants Wagner, Pacheco. and Mahmoud, whom was identified as Chicago Police Officers' of the area (4) Mission team and/or the Midnight Gang tactical unit whom stopped, Detained and Searched by the Defendants.

⑦

4.' Defendants Wagner, Pacheco and Mahmoud instructed Plaintiff to provide his identification for the purposes of conducting a warrant check.

Plaintiff advised Defendants Wagner, Pacheco and Mahmoud that he was previousuly released from I.O.O.C. on or about January 3rd, 2006 and that he Plaintiff was previousuly stopped by other Police officers' and that a Bogus-warrant in Atlanta Georgia for an alleged identity theft keep showing up on Plaintiffs' name due to someone else using his name and Social Security number illegally, I.E., David McAtee, Charges: identity theft - failure to appear; Case No. #03-CR-80600, warrant No. # NCIC # W-215938241; Date of Arrest: 6/30/1998 and associated photos with arrest - July 03, 1992

5.' Defendants Wagner, Pacheco and Mahmoud subsequently advised Plaintiff that he has a live warrant on his name in which Defendants used as a pretext to transport Plaintiff to a (known Abusive Chicago Police Department) Station - Area-1 with a documented history of - - committing practices of excessive physical force against Arrestee's located at 5101 S. Wentworth, Str., Chicago Illinois 60609 as noted and reported by Ilana Rosenzweig Chief ████ Administrator - Independent Police Review Authority whom authorized a investigation.

See: PL. Exhibit (A) annexed.

(6)

6. As Plaintiff was escorted by Defendants Wagner, Pacheco, and Mahmoud to the (1st) first floor tactical interview room, Plaintiff was subsequently advised he was the Subject of th A Burglary investigation by forcible entry into the business owned and operated by A Joan R. Gavin to the (Citrans-America Storage facility located at 7540 S. Western Ave., Chicago, Illinois 60643
Defendants Wagner, Pacheco and Mahmoud attempted to question Plaintiff in (he) asserted his innocence to the the allegations in which time Defendants to search and confiscate Plaintiff personal effects and place Plaintiff under arrest under the felony charges of Burglary.

7. Plaintiff-Stevenson repeatedly asserted his innocence to the charges to Defendants Wagner, Pacheco and Mahmoud at which time, in a non-combative protest Plaintiff grabbed his pro personal effects off the desk with his Right hand as Plaintiffs' left hand was handcuffed to A Metal fold-up chair that he (Plaintiff) was sitting in and Defendants Wagner, Pacheco &, Mahmoud and a unknown John Doe (Sgt.) immediately proceeded to - - initiate an unprovoked battery upon the Plaintiff in which Defendants Wagner, Pacheco and Mahmoud tackled Plaintiff unto the floor and began to beat him on the left-side of Plaintiffs' head with the Metal Chair - -

⑨

that he (Plaintiff) had one hand (specifically the left-hand handcuffed to), in which Defendants constantly kicked, punched in the Neck and Back Repeatedly and then — — Defendants Repeatedly hit Plaintiffs' head against the floor by Defendants in violation of the statutory — — criminal offense violations of Battery - 720 ILCS 5/12-3, para-(A)(1), and official Misconduct - 720 ILCS 33-3 para-(A) and (B).

8.) That the unknown Jane (John Doe watch commander, Jane Doe Desk Sergeant and other unknown John/Jane Doe officers' intentionally Refused to Respond or intervene and allowed such physical abuse of Plaintiff to continue at the hands of Defendants Wagner, Pacheco and Mahmoud in which the unknown Police Officers' and Supervisors turned a blind eye to such violent misconduct

9.) Defendants Pacheco, Wagner and Mahmoud then dragged Plaintiff to the (1st) first floor holding/lock-up cell and left Plaintiff in the cell for approximately (6) hours laying helpless on the floor without medical assistance handcuffed and shackled up until later on at approx 6:04 am, Plaintiff was escorted to Mercy Hospital for the appropriate medical treatment under the Plaintiffs' Real Name of Ronnie L. McAtee, SSN # 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

(10)

At which time Plaintiff was treated by emergency-room Doctor (Dr. Damien D. Cohen), whom issued instructions to Defendants Wagner, Pacheco and Mahmoud to Return Plaintiff to the Hospital in (2 or 3 days) to See the Orthopedic Doctor and for Plaintiffs' perscribed — — Medication for pain in which Defendants deliberately ignored in violation of 720 ILCS 5/103-2 (A), Treatment while in Custody, and 720 ILCS 33-3 Official Misconduct. See: Pl. Ex. (B) Annexed.

10.' Plaintiff Returned from Mercy Hospital and was illegally Detained At Area-1 Police Station Located At 5101 S. Wentworth, Str., from 9/12/07-to-9/14/07 by Defendants Wagner, Pacheco and Mahmoud without Seeing a Judge or contacting a Lawyer in violation of ch. 725 ILCS 5/103-2 (Treatment while in Custody) para-(C), Sec. 725 5/103-3 (Right to Comminicate with Attorney and family) para-(A); 725 ILCS 5/103-4 (Right to Consult with Attorney) and 725 ILCS 5/103-8 (Mandatory Duty of officers's in which Defendants Wagner, Pacheco and Mahmoud had a Mandatory duty to Comply with ALL State, federal and Local Laws and intentionally failed to comply and prevented Plaintiff from exercising his Rights' and Defendants Actions or inactions Represent a Violation of the Statutory criminal offense violation of Official-Misconduct - 720 ILCS 33-3 (A) And (B).

11. As a result of this incident, Plaintiff suffered grievous bodily pain and physical injuries in the form of continuous migraine headaches, chest-contusions, neck and back pain, and other known / unknown psychological injuries currently now and in the future as a result of Defendants actions.

12. On or about October 31st, 2007, Plaintiff submitted a handwritten request to file a emergency complaint to Ilana B.R. Rosenzweig, Chief Administrator of the independent Police Review Authority to investigate the use of excessive force practices of Defendants Wagner, Pacheco and Mahmoud against the Plaintiff as mandated in accordance with the powers and duties of the Chief Administrator of the (I.P.R.A.) pursuant to Ch. 2-57-040 para - (A) (B) and (d).
See: Pl. Ex. (C) Annexed.

13. On December 14th 2007, at approx 10:30 am while Plaintiff was incarcerated in the Cook County Jail Division (11), in which a investigation was initiated as authorized by Ilana B.R. Rosenzweig, Chief Administrator (I.P.R.A.) in which Plaintiff was interviewed by investigator Andrew Papalauchi, Badge No.# 245 and provided a detailed account of the illegal use of - - - excessive physical force inflicted upon Plaintiff by Defendants Wagner, Pacheco and Mahmoud in which Plaintiff is unaware of the conclusion of the investigation.

⑬

14.) Defendants Daley and Cline owed Plaintiff a duty of care to provide for the safety of Plaintiff while in the Chicago Police custody and were negligent by showing a callous disregard and knew or should have known that a substantial and unjustifiable risk of injury to Plaintiff would result in which constitutes a substantial deviation from the standard of care by knowingly lying and intentionally turning a blind eye to the widespread illegal excessive use of force practices conducted by Defendants Wagner, Pacheco and Mahmoud and numerous other members of the Chicago Police Department by creating a air of immunity for the misconduct of Chicago Police officers' and thus by failure to protect Plaintiff from harm at the hands of officers' in violation of 730 ILCS 5/1-2, Para-(d) - General purposes and 725 ILCS 5/103-2 Para-(c) - /Treatment while in custody.

15.) The Action or inaction of Defendants Daley and Cline constitutes a violation of 730 ILCS 5/1-2 para-(d), 725 ILCS 5/103-2 (A) (C), 725 ILCS 5/103-3 para-(A) ████ 725 ILCS 5/103-4 and 725 ILCS 5/103-8 in failing to properly train, discipline Chicago Police Officers-Employee(s) under their direct authority or supervision and maintaining the care, health, safety and custody of Arrestee's in which was the direct and proximate cause of Plaintiffs' injury at issue in this



Cause of Action and has violated Plaintiffs' Constitutional Rights' under Amendments (4th), (8th) And (14th) of the U.S. Constitution and under the constitution of the State of Illinois Art, I Sec, 1, 2, 12, 13 And 24 Act of 1970;

16. Defendants Wagner, Pacheco, Mahmoud And Unknown John Doe (Sgt.), Jane/John Doe (Watch Commander) Action or inactions amount to a violation of the statutory Criminal Laws of Battery- 720 ILCS 5/12-3, Official Misconduct - 720 ILCS 33-3 (A) (B), And Negligence 720 ILCS 5/4-7 in violating their duty of care to provide for the health, Safety and Custody of Plaintiff in which was the direct and proximate cause of Plaintiffs' Injury at issue in this cause and has violated Plaintiffs' - - - Constitutional Rights'.

17. The Defendants has caused Plaintiff Irreparable harm in which is continuing Resulting in Permanent injuries, future Suffering, great bodily pain and injury and Loss of a Normal Life.



WHEREFORE, the Plaintiff Respectfully demand that this Honorable Court Grant the following Relief:

(A) ISSUE Judgement declaring that the defendants Acts, policies, And described herein Violate Plaintiffs' (4th) (8th) And (14th) Amendments Rights' to the u.S. Constitution And UNDER the Constitution of the States of Illinois Art, I, Sec, 1, 2, 18, 13 And 24 Act of 1970 And further Said Constitutional Rights' So Violated Are the present Rights' of Plaintiff that must be immediately be Respected And protected.

(1) ISSUE A permanent injunction prohibiting the Chicago Police Department members from using Excessive physical force Against Plaintiff or Any other Arrestees' in their Custody;

(2) ISSUE AN order Appointing A Special Master to oversee the implementation by the Defendants of the orders' injunctions And Judgements of the Court;

(3) Retain continuing Jurisdiction over this Action;

(15)

(B) Award Plaintiff Compensatory Damages in the
Amount of $ 50,000 from Each Named
Defendant;

(C) Award Plaintiff Punitive Damages in the
Amount of $ 100,000 from ALL Defendants
Collectively in this Action;

(D) Award Plaintiff pre-Judgement Interest from
the date of Plaintiffs' injuries at a Rate as
provided by Law;

(E) Grant Plaintiff his costs, Expenses of filing
this Suit and Reasonable Attorney fee(s) for
this Action against Defendants;

(F) Grant Plaintiff a trial by Jury on ALL issue's
triableble by Jury; And

(G) Grant Plaintiff Such other, further and
Additional Relief as to this Court May
deem Just, proper and Appropriate in this
Cause of Action;

(16)

Respectfully Submitted

Mr. Rickey L. Stevenson, A.K.A.
Ronnie L. McAtee
Reg. No. B-36580
P.o. Box 071
Menard, Illinois 68859-0711

Signed This 8th Day of March     2009

## Verification of Certification

I, Rickey L. Stevenson, the undersigned Certify And
State that:

1.' I am the Plaintiff-pro-se in the Above Captioned
Legal Matter;

2.' I have Read the foregoing Complaint And have
Knowledge of Contents; And

3.' Under penalties As provided by Law pursuant to
Section 1-109 of the Civil Code of Procedure



I certify that the statements set-forth in the - foregoing complaint are true and correct in which I certify that I believe the same to be true.

Signed This 8th Day of March 2009

Mr. Rickey L. Stevenson, A.K.A.
Ronnie L. McAtee
Reg. No. B-36520
P.O. Box 0711
Menard, Illinois 62359-0711

Pl. Exhibit (A)

# Independent Police Review Authority

# Quarterly Report

## October 1, 2007 – December 31, 2007

**January 15, 2008**

## ATTACHMENT: COMPLAINTS AGAINST CPD MEMBERS BY UNIT

### District 001
Members 1-25: 1 complaint each
Member 26: 2 complaints

### District 002
Members 1-49: 1 complaint each
Member 50: 2 complaints

### District 003
Members 1-32: 1 complaint each
Members 33-38: 2 complaints each
Member 39: 4 complaints

### District 004
Members 1-35: 1 complaint each
Members 36-41: 2 complaints each
Members 42-45: 3 complaints each
Member 46: 4 complaints

### District 005
Members 1-43: 1 complaint each
Members 44-54: 2 complaints each
Member 55: 3 complaints
Member 56: 4 complaints

### District 006
Members 1-37: 1 complaint each
Members 38-43: 2 complaints each
Members 44-45: 3 complaints each

### District 007
Members 1-45: 1 complaint each
Members 46-52: 2 complaints each
Member 53: 3 complaints

### District 008
Members 1-27: 1 complaint each
Members 28-30: 2 complaints each
Members 31-32: 3 complaints each

### District 009
Members 1-45: 1 complaint each
Members 46-48: 2 complaints each
Member 49: 3

### District 010
Member 1-32: 1 complaint each
Member 33-40: 2 complaints each
Member 41: 3 complaints each

### District 011
Members 1-45: 1 complaint each
Members 46-56: 2 complaints each
Members 57-59: 3 complaints each

### District 012
Members 1-21: 1 complaint each
Member 22: 2 complaints

### District 013
Members 1-22: 1 complaint each
Members 23-26: 2 complaints each

### District 014
Members 1-22: 1 complaint each
Members 23-25: 2 complaints each

### District 015
Members 1-30: 1 complaint each
Members 31-32: 2 complaints each
Member 33: 3 complaints

### District 016
Members 1-28: 1 complaint each
Members 29-30: 2 complaints each

### District 017
Members 1-16: 1 complaint each
Members 17-18: 2 complaints each

### District 018

Members 1-50: 1 complaint each

Members 51-52: 2 complaints each

Member 53: 3 complaints

### District 019

Members 1-14: 1 complaint each

### District 020

Members 1-9: 1 complaint each

Member 10: 2 complaints

### District 021

Members 1-28: 1 complaint each

Members 29-31: 2 complaints each

Member 32: 3 complaints

### District 022

Members 1-44: 1 complaint each

Members 45-52: 2 complaints each

### District 023

Members 1-17: 1 complaint each

Member 18: 2 complaints

Member 19: 3 complaints

### District 024

Members 1-21: 1 complaint each

Member 22: 2 complaints

Member 23: 3 complaints

### District 025

Members 1-18: 1 complaint each

Member 19: 2 complaints

Member 20: 3 complaints

### Recruit Training[1]

Members 1-41: 1 complaint each

Members 42-45: 2 complaints each

### District Reinstatement

Members 1-8: 1 complaint each

### Airport Law Enforcement Unit – North

Members 1-6: 1 complaint each

### Airport Law Enforcement Unit – South

Members 1-2: 1 complaint each

### Mounted Unit

Member 1: 1 complaint

### Traffic Section – Detail Unit

Member 1: 1 complaint

### Special Investigations Unit

Member 1: 1 complaint

### Internal Affairs Division

Member 1: 1 complaint

### Personnel Division

Members 1-2: 1 complaint each

### Education & Training Division

Members 1-2: 1 complaint each

Member 3: 2 complaints

### Auditing & Internal Controls Div.

Member 1: 1 complaint

### Management & Labor Affairs Section

Member 1: 1 complaint

---

[1] These numbers include CPD members who are detailed to a District as part of their training, but are officially still assigned to Recruit Training.

**Preventive Programs & Neighborhood Relations Division**

Members 1-2: 1 complaint each

**CAPS Implementation Office**

Members 1-2: 1 complaint each

**Traffic Enforcement Unit**

Members 1-9: 1 complaint each

Member 10: 2 complaints

Member 11: 4 complaints

**Loop Traffic Unit**

Members 1-2: 1 complaint each

**Special Operations Section**

Members 1-10: 1 complaint each

Members 11-14: 2 complaints each

Member 15: 3 complaints

**Records Inquiry & Customer Service Section**

Member 1: 1 complaint

**Field Services Section**

Members 1-7: 1 complaint each

**Evidence & Recovered Property**

Members 1-2: 1 complaint each

**Central Detention Section**

Members 1-4: 1 complaint each

Member 5: 2 complaints

Member 6: 5 complaints

**Reproduction & Graphic Arts Section**

Member 1: 1 complaint

**Youth Investigations Section**

Member 1: 1 complaint

**Narcotics & Gang Investigation**

Members 1-23: 1 complaint each

Member 24: 2 complaints

**Vice Control Section**

Members 1-2: 1 complaint each

**Gang Intelligence Unit**

Member 1: 1 complaint

**Criminal Enterprise Section**

Member 1: 1 complaint

**Targeted Response Unit**

Members 1-14: 1 complaint each

Members 15-17: 2 complaints each

Members 18-19: 3 complaints each

**OEMC Detail**

Member 1: 2 complaints

**Evidence Technician Team – North**

Member 1: 1 complaint

**Evidence Technician Team – South**

Members 1-2: 1 complaint each

**Bomb & Arson Section**

Members 1-2: 1 complaint each

**Major Accident Investigation Unit**

Members 1-5: 1 complaint each

**Detective Division, Area 1**

Members 1-12: 1 complaint each

**Detective Division, Area 2**

Members 1-8: 1 complaint each

Member 9: 4 complaints

**Detective Division, Area 3**

Members 1-4: 1 complaint each

**Detective Division, Area 4**

Members 1-6: 1 complaint each

**Detective Division, Area 5**

Members 1-7: 1 complaint each

Member 8: 2 complaints

**Public Transportation Section**

Members 1-8: 1 complaint each

Member 9: 2 complaints

Pl. Exhibit (A)

# Independent Police Review Authority

## Quarterly Report

## January 1, 2008 – March 31, 2008

**April 15, 2008**

### ATTACHMENT: COMPLAINTS AGAINST CPD MEMBERS BY UNIT

**District 001**

Members 1-15: 1 complaint each

**District 002**

Members 1-40: 1 complaint each

Member 41: 2 complaints

**District 003**

Members 1-38: 1 complaint each

Member 39: 2 complaints

Member 40: 3 complaints

**District 004**

Members 1-39: 1 complaint each

Members 40-46: 2 complaints each

**District 005**

Members 1-29: 1 complaint each

Members 30-32: 2 complaints each

Member 33: 3 complaints

**District 006**

Members 1-30: 1 complaint each

Members 31-34: 2 complaints each

Member 35: 3 complaints

**District 007**

Members 1-61: 1 complaint each

Members 62-68: 2 complaints each

Member 69: 3 complaints

**District 008**

Members 1-30: 1 complaint each

Members 31-35: 2 complaints each

**District 009**

Members 1-38: 1 complaint each

Member 39: 2 complaints

Member 40-47: 3 complaints each

Member 48: 4 complaints

**District 010**

Members 1-20: 1 complaint each

Member 21: 2 complaints

**District 011**

Members 1-46: 1 complaint each

Members 47-55: 2 complaints each

Members 56-58: 3 complaints each

Member 59: 4 complaints

**District 012**

Members 1-6: 1 complaint each

Members 7-8: 2 complaints each

**District 013**

Members 1-10: 1 complaint each

Member 11: 2 complaints

**District 014**

Members 1-31: 1 complaint each

**District 015**

Members 1-29: 1 complaint each

Members 30-43: 2 complaints each

Member 44: 3 complaints

**District 016**

Members 1-17: 1 complaint each

Member 18: 2 complaints

**District 017**

Members 1-18: 1 complaint each

Members 19-20: 2 complaints each

**District 018**

Members 1-40: 1 complaint each

Members 41-42: 2 complaints each

Member 43: 4 complaints

**District 019**

Members 1-25: 1 complaint each

Member 26-27: 2 complaints each

**District 020**

Members 1-16: 1 complaint each

Member 17: 2 complaints

**District 021**

Members 1-20: 1 complaint each

Member 21: 2 complaints

**District 022**

Members 1-31: 1 complaint each

Member 32: 2 complaints

**District 023**

Members 1-20: 1 complaint each

**District 024**

Members 1-24: 1 complaint each

Members 25-27: 2 complaints each

**District 025**

Members 1-36: 1 complaint each

Members 37-52: 2 complaints

**Recruit Training (044)[1]**

Members 1-37: 1 complaint each

Members 38-39: 2 complaints each

Member 40: 3 complaints

**Airport Law Enforcement Unit – North (50)**

Members 1-8: 1 complaint each

**Airport Law Enforcement Unit – South (051)**

Members 1-5: 1 complaint each

Member 6: 2 complaints

**Traffic Section – Detail Unit (057)**

Member 1: 1 complaint

**Marine Unit (059)**

Member 1: 1 complaint

**Special Investigations Unit (079)**

Member 1: 1 complaint

**Office of Legal Affairs (114)**

Member 1: 1 complaint

**Internal Affairs Division (121)**

Members 1-2: 1 complaint each

**Finance Division (122)**

Member 1: 1 complaint

**Personnel Division (123)**

Members 1-3: 1 complaint each

**Education & Training Division (124)**

Member 1: 1 complaint

Member 2: 2 complaints

**Information Services Division (125)**

Members 1-3: 1 complaint each

**Research and Development Div. (127)**

Member 1: 1 complaint

**Preventive Programs & Neighborhood Relations Division (132)**

Member 1: 1 complaint

**Information & Strategic Services (133)**

Member 1: 1 complaint

**Office of the First Deputy (140)**

Member 1: 1 complaint

---

[1] These numbers include CPD members who are detailed to a District as part of their training, but are officially still assigned to Recruit Training.

**Special Functions Group (141)**

Members 1-6: 1 complaint each

**Bureau of Patrol (142)**

Members 1-2: 1 complaint each

**Traffic Court/Records (148)**

Members1-2: 1 complaint each

**Traffic Enforcement Unit (151)**

Members 1-8: 1 complaint each

Member 9: 2 complaints

**Loop Traffic Unit (152)**

Members 1-3: 1 complaint each

**Special Operations Section (153)**

Member 1: 1 complaint

**Technical Support Division (161)**

Member 1: 1 complaint

**Field Services Section (166)**

Members 1-8: 1 complaint each

Members 9-11: 2 complaints each

**Evidence & Recovered Property (167)**

Members 1-2: 1 complaint each

**Police Document Service (169)**

Member 1: 1 complaint

**Central Detention Section (171)**

Members 1-2: 1 complaint each

**Equipment & Supply Section (172)**

Member 1: 1 complaint

**Forensic Services (177)**

Member 1: 1 complaint

**Reproduction & Graphic Arts (179)**

Member 1: 1 complaint

**Youth Investigations Section (184)**

Member 1: 1 complaint

**Narcotics & Gang Investigation (189)**

Members 1-22: 1 complaint each

**Vice Control Section (192)**

Members 1-5: 1 complaint each

Member 6: 2 complaints

**Gang Intelligence Unit (193)**

Member 1-23: 1 complaint each

Member 24: 2 complaints

Member 25: 3 complaints

**Criminal Enterprise Section (196)**

Members 1-2: 1 complaint each

**Office of the Deputy Chief, Area 1 (211)**

Members 1-6: 1 complaint each

Member 7: 2 complaints

**Office of the Deputy Chief, Area 2 (212)**

Members 1-10: 1 complaint each

Members 11-18: 2 complaints each

Member 19: 3 complaints

Member 20: 4 complaints

**Office of the Deputy Chief, Area 4 (214)**

Members 1-16: 1 complaint each

Members 17-22: 2 complaints each

Member 23: 3 complaints

Members 24-25: 4 complaints each

**Office of the Deputy Chief, Area 5 (215)**

Members 1-19: 1 complaint each

Members 20-24: 2 complaints each

**Central Control Group (216)**

Members 1-5: 1 complaint each

**Medical Section (231)**

Member 1: 1 complaint

Members 2-3: 2 complaints each

**Targeted Response Unit (253)**

Members 1-32: 1 complaint each

Members 33-35: 2 complaints each

**OEMC Detail (276)**

Member 1: 1 complaint

**Alt. Response Section (376)**

Members 1-13: 1 complaint each

Members 14-16: 2 complaints each

Member 17: 3 complaints

**Juvenile Intr Supt Center (384**

Member 1: 1 complaint

**Evidence Technician Team – South (477)**

Members 1-2: 1 complaint each

**Detached Services (543)**

Member 1: 1 complaint

**Detective Division Administration (601)**

Member 1: 1 complaint

**Bomb & Arson Section (603)**

Members 1-3: 1 complaint each

Member 4: 2 complaints

**Central Investigations Detail (606)**

Members 1-8: 1 complaint each

**Major Accident Investigation Unit (608)**

Members 1-2: 1 complaint each

**Detective Division, Area 1 (610)**

Members 1-16: 1 complaint each

**Detective Division, Area 2 (620)**

Members 1-11: 1 complaint each

Member 12: 2 complaints

**Detective Division, Area 3 (630)**

Members 1-5: 1 complaint each

**Detective Division, Area 4 (640)**

Members 1-5: 1 complaint each

**Detective Division, Area 5 (650)**

Members 1-15: 1 complaint each

Member 16: 2 complaints

**Public Transportation Section (701)**

Members 1-3: 1 complaint each

PL.Exhibit (A)

# Independent Police Review Authority

## Quarterly Report

### April 1, 2008 – June 30, 2008

**July 15, 2008**

**Corrected**

## ATTACHMENT: COMPLAINTS AGAINST CPD MEMBERS BY UNIT

**District 001**

Members 1-14: 1 complaint each

Members 15-17: 2 complaints each

**District 002**

Members 1-23: 1 complaint each

Members 24-26: 2 complaints each

Member 27: 4 complaints

**District 003**

Members 1-36: 1 complaint each

Member 37: 2 complaints

**District 004**

Members 1-33: 1 complaint each

Members 34-38: 2 complaints each

Member 39: 4 complaints

**District 005**

Members 1-31: 1 complaint each

Members 32-34: 2 complaints each

**District 006**

Members 1-29: 1 complaint each

Members 30-35: 2 complaints each

**District 007**

Members 1-38: 1 complaint each

Members 39-43: 2 complaints each

**District 008**

Members 1-23: 1 complaint each

Members 24-27: 2 complaints each

Member 28: 3 complaints

**District 009**

Members 1-35: 1 complaint each

Members 36-44: 2 complaints each

Members 45-47: 3 complaints each

**District 010**

Members 1-34: 1 complaint each

Members 35-36: 2 complaints each

**District 011**

Members 1-31: 1 complaint each

Members 32-34: 2 complaints each

Member 35: 3 complaints

**District 012**

Members 1-10: 1 complaint each

Members 11-12: 2 complaints each

**District 013**

Members 1-20: 1 complaint each

Member 21-26: 2 complaints each

**District 014**

Members 1-26: 1 complaint each

Member 27: 2 complaints

**District 015**

Members 1-21: 1 complaint each

Members 22-23: 2 complaints each

Member 24: 3 complaints

**District 016**

Members 1-18: 1 complaint each

**District 017**

Members 1-16: 1 complaint each

Member 17: 2 complaints

**District 018**

Members 1-29: 1 complaint each

Members 30-31: 2 complaints each

**District 019**

Members 1-16: 1 complaint each

Members 17-18: 2 complaints each

**District 020**

Members 1-8: 1 complaint each

**District 021**

Members 1-18: 1 complaint each

**District 022**

Members 1-18: 1 complaint each

Members 19-22: 2 complaints each

**District 023**

Members 1-11: 1 complaint each

Members 12-17: 2 complaints each

**District 024**

Members 1-23: 1 complaint each

Members 24-27: 2 complaints each

**District 025**

Members 1-37: 1 complaint each

Members 38-39: 2 complaints

**Recruit Training (044)[1]**

Members 1-47: 1 complaint each

Member 48: 2 complaints

**District Reinstatement (045)**

Members 1-2: 1 complaint each

**Airport Law Enforcement Unit – North (50)**

Member 1: 1 complaint

**Airport Law Enforcement Unit – South (051)**

Member 1: 1 complaint

**Traffic Section – Detail Unit (057)**

Member 1: 1 complaint

**Deployment Operations Center (116)**

Member 1: 1 complaint

Member 2: 2 complaints

**Internal Affairs Division (121)**

Member 1: 1 complaint

**Personnel Division (123)**

Member 1: 1 complaint

Member 2: 2 complaints

**Education & Training Division (124)**

Members 1-3: 1 complaint each

**Information Services Division (125)**

Member 1: 1 complaint

**Auditing & Internal Control (126)**

Member 1: 1 complaint

**Office of the First Deputy (140)**

Members 1-4: 1 complaint each

**Special Functions Group (141)**

Members 1-2: 1 complaint each

Member 3: 2 complaints

**Bureau of Patrol (142)**

Members 1-2: 1 complaint each

**Patrol – Court Section (143)**

Member 1: 2 complaints

**Traffic Enforcement Unit (151)**

Members 1-6: 1 complaint each

Members 7-8: 2 complaints each

Member 9: 4 complaints

**Special Operations Section (153)**

Member 1: 1 complaint

**Field Services Section (166)**

Members 1-10: 1 complaint each

Member 11: 3 complaints

---

[1] These numbers include CPD members who are detailed to a District as part of their training, but are officially still assigned to Recruit Training.

**Bureau of Strategic Deployment (170)**

Member 1: 1 complaint

**Central Detention Section (171)**

Members 1-3: 1 complaint each

**Equipment & Supply Section (172)**

Member 1: 1 complaint

**Forensic Services (177)**

Member 1: 1 complaint

Member 2: 2 complaints

**Organized Crime Division (188)**

Members 1-2: 1 complaint each

**Narcotics & Gang Investigation (189)**

Members 1-18: 1 complaint each

Members 19-20: 2 complaints each

**Intelligence Section (191)**

Member 1: 1 complaint

**Vice Control Section (192)**

Members 1-4: 1 complaint each

**Gang Intelligence Unit (193)**

Members 1-6: 1 complaint each

**Office of the Deputy Chief, Area 1 (211)**

Members 1-14: 1 complaint each

Members 15-16: 2 complaints each

Member 17: 3 complaints

**Office of the Deputy Chief, Area 2 (212)**

Members 1-13: 1 complaint each

Member 14: 2 complaints

**Office of the Deputy Chief, Area 4 (214)**

Members 1-10: 1 complaint each

Members 11-16: 2 complaints each

Member 17: 3 complaints

**Office of the Deputy Chief, Area 5 (215)**

Members 1-10: 1 complaint each

Member 11: 2 complaints

**Targeted Response Unit (253)**

Members 1-22: 1 complaint each

Member 23: 2 complaints

**Alt. Response Section (376)**

Members 1-19: 1 complaint each

Members 20-22: 2 complaints each

Members 23-24: 3 complaints each

**Evidence Technician Team – North (377)**

Member 1: 1 complaint

**Juvenile Intr Supt Center (384**

Members 1-2: 1 complaint each

**Evidence Technician Team – South (477)**

Member 1: 1 complaint

**Detached Services (543)**

Members 1-3: 1 complaint each

**Detective Division Administration (601)**

Members 1-2: 1 complaint each

**Bomb & Arson Section (603)**

Member 1: 1 complaint

**Central Investigations Detail (606)**

Members 1-4: 1 complaint each

Member 5: 2 complaints

**Major Accident Investigation Unit (608)**

Members 1-3: 1 complaint each

**Detective Division, Area 1 (610)**

Members 1-6: 1 complaint each

**Detective Division, Area 2 (620)**

Members 1-10: 1 complaint each

**Detective Division, Area 3 (630)**

Members 1-5: 1 complaint each

Members 6-7: 2 complaints each

**Detective Division, Area 4 (640)**

Members 1-7: 1 complaint each

**Detective Division, Area 5 (650)**

Members 1-12: 1 complaint each

**Public Transportation Section (701)**

Members 1-2: 1 complaint each

Yl. Exhibit (A)

# Independent Police Review Authority

# Quarterly Report

## July 1, 2008 – September 30, 2008

**October 15, 2008**

## ATTACHMENT: COMPLAINTS AGAINST CPD MEMBERS BY UNIT

### District 001
Members 1-14: 1 complaint each

Member 15: 2 complaints

### District 002
Members 1-30: 1 complaint each

Members 31-22: 2 complaints each

### District 003
Members 1-55: 1 complaint each

Member 56: 2 complaints

Member 57: 4 complaints

### District 004
Members 1-28: 1 complaint each

Members 29-31: 2 complaints each

Member 32: 4 complaints

### District 005
Members 1-30: 1 complaint each

Members 31-35: 2 complaints each

### District 006
Members 1-43: 1 complaint each

Members 43-47: 2 complaints each

Member 48: 5 complaints

### District 007
Members 1-39: 1 complaint each

Members 40-44: 2 complaints each

Member 45: 3 complaints

### District 008
Members 1-30: 1 complaint each

Member 31: 2 complaints

Member 32: 4 complaints

### District 009
Members 1-42: 1 complaint each

Members 43-45: 2 complaints each

### District 010
Members 1-29: 1 complaint each

### District 011
Members 1-46: 1 complaint each

Members 47-52: 2 complaints each

Member 53: 3 complaints

### District 012
Members 1-23: 1 complaint each

Member 24: 2 complaints

### District 013
Members 1-26: 1 complaint each

Member 27-29: 2 complaints each

Member 30: 3 complaints

### District 014
Members 1-34: 1 complaint each

Members 35-43: 2 complaints each

Members 44-48: 3 complaints each

Member 49: 4 complaints

Member 50: 5 complaints

### District 015
Members 1-27: 1 complaint each

Members 28-32: 2 complaints each

### District 016
Members 1-23: 1 complaint each

Member 24: 2 complaints

### District 017
Members 1-14: 1 complaint each

### District 018
Members 1-45: 1 complaint each

Members 46- 48: 2 complaints each

Members 49-50: 3 complaints each

**District 019**

Members 1-26: 1 complaint each

Member 27: 2 complaints

**District 020**

Members 1-14: 1 complaint each

Member 15: 2 complaints

**District 021**

Members 1-19: 1 complaint each

Members 20-21: 2 complaints each

**District 022**

Members 1-31: 1 complaint each

Members 32-34: 2 complaints each

**District 023**

Members 1-22: 1 complaint each

Member 23: 2 complaints

**District 024**

Members 1-27: 1 complaint each

Member 28: 2 complaints

**District 025**

Members 1-14: 1 complaint each

Member 15: 2 complaints

Member 16: 3 complaints

**Recruit Training (044)[1]**

Members 1-24: 1 complaint each

Member 25: 2 complaints

**District Reinstatement (045)**

Members 1-2: 1 complaint each

---

[1] These numbers include CPD members who are detailed to a District as part of their training, but are officially still assigned to Recruit Training.

**Airport Law Enforcement Unit – North (50)**

Members 1-6: 1 complaint each

**Airport Law Enforcement Unit – South (051)**

Members 1-4: 1 complaint each

**Mounted Unit (055)**

Members 1-4: 1 complaint each

**Traffic Section – Detail Unit (057)**

Member 1: 1 complaint

**Marine Unit (059)**

Members 1-2: 1 complaint each

**Special Investigations Unit (79)**

Member 1: 1 complaint

**Deployment Operations Center (116)**

Member 1: 1 complaint

**Internal Affairs Division (121)**

Members 1-4: 1 complaint each

**Personnel Division (123)**

Members 1-2: 1 complaint each

**Education & Training Division (124)**

Members 1-4: 1 complaint each

**Information Services Division (125)**

Member 1: 1 complaint

**CAPS Implementation Office (135)**

Member 1: 1 complaint

**Office of the First Deputy (140)**

Members 1-3: 1 complaint each

**Special Functions Group (141)**

Members 1-15: 1 complaint each

Members 16-17; 2 complaints each

**Traffic Court/Records Unit (148)**

Members 1-2: 1 complaint each

6

**Traffic Enforcement Unit (151)**

Members 1-7: 1 complaint each

Member 8: 2 complaints

**Loop Traffic Unit (152)**

Members 1-3: 1 complaint each

Member 4: 2 complaints

**Records Services Division (162)**

Member 1: 1 complaint

**Records Inquiry and Customer
Service Section (163)**

Member 1: 1 complaint

**Field Services Section (166)**

Members 1-6: 1 complaint each

**Evidence and Recovered Property
Section (167)**

Members 1-3: 1 complaint each

**Central Detention Section (171)**

Member 1: 1 complaint

**Telephone Installation/Repair and Bill
Audit Unit (175)**

Member 1: 1 complaint

**Reproduction and Graphic Arts
Section (179)**

Member 1: 1 complaint

**Bureau of Investigative Services –
Administration (180)**

Member 1: 1 complaint

**Narcotics & Gang Investigation (189)**

Members 1-30: 1 complaint each

Members 31-38: 2 complaints each

**Intelligence Section (191)**

Member 1: 1 complaint

**Vice Control Section (192)**

Members 1-2: 1 complaint each

**Gang Intelligence Unit (193)**

Members 1-32: 1 complaint each

Members 33-40: 2 complaints each

Member 41: 4 complaints

**Criminal Enterprise Section (196)**

Member 1: 1 complaint

**Office of the Deputy Chief, Area 1
(211)**

Members 1-7: 1 complaint each

**Office of the Deputy Chief, Area 2
(212)**

Members 1-15: 1 complaint each

Members 18-20: 2 complaints each

**Office of the Deputy Chief, Area 3
(213)**

Member 1: 1 complaint

Member 2: 2 complaints

**Office of the Deputy Chief, Area 4
(214)**

Members 1-14: 1 complaint each

Members 15-23: 2 complaints each

**Office of the Deputy Chief, Area 5
(215)**

Members 1-9: 1 complaint each

Member 10: 2 complaints

**Office of the Deputy Chief, Central
Control Group (216)**

Members 1-3: 1 complaint each

**Targeted Response Unit (253)**

Members 1-14: 1 complaint each

Members 15-16: 2 complaints each

Member 17: 3 complaints

**Alt. Response Section (376)**

Members 1-19: 1 complaint each

Member 20: 2 complaints

**Evidence Technician Team – North (377)**

Member 1: 2 complaints

**Juvenile Intr Supt Center (384)**

Member 1: 1 complaint

**Evidence Technician Team – South (477)**

Member 1: 1 complaint

**Fraternal Order of Police (541)**

Members 1-3: 1 complaint each

Member 4: 2 complaints

**Detached Services (543)**

Members 1-2: 1 complaint each

**Bomb & Arson Section (603)**

Members 1-2: 1 complaint each

**Central Investigations Detail (606)**

Members 1-6: 1 complaint each

**Major Accident Investigation Unit (608)**

Members 1-2: 1 complaint each

**Detective Division, Area 1 (610)**

Members 1-14: 1 complaint each

Members 15-17: 2 complaints each

Member 18: 3 complaints

**Detective Division, Area 2 (620)**

Members 1-13: 1 complaint each

Members 14-15: 2 complaints each

Member 16: 3 complaints

**Detective Division, Area 3 (630)**

Members 1-6: 1 complaint each

Members 7-8: 2 complaints each

**Detective Division, Area 4 (640)**

Members 1-9: 1 complaint each

**Detective Division, Area 5 (650)**

Members 1-5: 1 complaint each

**Public Transportation Section (701)**

Members 1-6: 1 complaint each

Pl. Exhibit (B)
1 of 8 Pages



**Mercy Hospital and Medical Center**
2525 S. Michigan Ave.
Chicago, IL 60616-2477
(312) 567-2000

## ADMISSION RECORD

### PATIENT DEMOGRAPHIC INFORMATION

NAME: MCATEE,RONNIE
DOB: Redacted 74          SEX: M MALE        AGE: 33Y
SS#: Redacted 8301
ADDRESS:7921 S MARQUETTE #2NDFL
CITY: CHICAGO
STATE: IL      ZIP CODE:  60617
COUNTY:  COOK
HOME PHONE: (777)777-7777
WORK PHONE:
MARITAL STATUS: S
PHONE MESSAGE: Yes
CONFIDENTIAL ADDRESS/PHONE: No

ADV.DIR: NONE
DENOMINATION:  NO                    VER. DATE: 09/12/2007
ORGAN_DONOR:  UNKNOWN

ACCOUNT #: 07255-00296
MED.REC: 0001327254
ADMIT DATE: 09/12/07        PRINT DATE: 09/12/07
ADMIT TIME:  0604          PRINT TIME:  1920
PATIENT TYPE: ERM
SERVICE:  ERM EMERGENCY ROOM
LOCATION:  DIS-A55316
DET PATIENT: N NO
PREV. ADMIT DATE:
REGISTRAR INITIALS: KME
ARRIVAL MODE:  WALKED
STAFF ALERT:
OPT-OUT:No      OPT-OUT DATE:09/12/07
PUBLICITY:
NOTICE OF PRIVACY:Yes          DATE RECEIVED:  09/12/07

### EMERGENCY CONTACT/ NEXT OF KIN

NAME:  MCATEE,ESTHER
RELATION:  MOTHER
ADDRESS:
CITY:
STATE:        ZIP CODE:
HOME PHONE: (253)230-9688        WORK PHONE:

### MATERNAL CHILD INFORMATION

NEWBORN'S MOTHER'S MR:
NEWBORN'S MOTHER'S ACCT. #:

### MEDICAL INFORMATION

ADMITTING DX:  BATTERY
WORKING DIAGNOSIS:BATTERY          PRI
Diabetic 7N NO

### PHYSICIAN

ADMITTING:  3000-PHYSICIAN,ER
ATTENDING:  COHEN,DARIEN D
REFERRING:
PCP:
OTHER MD:

### GUARANTOR INFORMATION

GUARANTOR: MCATEE,RONNIE
SS#: Redacted 8301
ADDRESS:7921 S MARQUETTE #2NDFL
CITY: CHICAGO
STATE: IL                    ZIP CODE:  60617
COUNTY:
HOME PHONE: (777)777-7777

### EMPLOYMENT INFORMATION

EMPLOYER:
ADDRESS:
CITY:
STATE:                    ZIP CODE:
COUNTY:                    COUNTRY:
WORK PHONE:
PATIENT OCCUPATION:UNEMPLOYED
GUARANTOR OCCUPATION: UNEMPLOYED

### INSURANCE INFORMATION

**INS. # 1**
CARRIER&PLAN #:
COMPANY:
GROUP #:
POLICY #:
REL. TO INS.:
INS. ADDRESS:
CITY:
STATE:
ZIP CODE:
PHONE:          EXT :
APPROVAL:
REFERRAL#
COMMENT:

**INS. # 2**
CARRIER&PLAN #:
COMPANY:
GROUP #:
POLICY #:
REL. TO INS.:
INS. ADDRESS:
CITY:
STATE:
ZIP CODE:
PHONE:          EXT :
APPROVAL:
REFERRAL#
COMMENT:

**OTHER INFO**
NOTES:

| Mercy Hospital and Medical Center | Emergency Department QualChart® | Page 1 of 2 |
|---|---|---|
| MINOR TRAUMA / ADULT | (Circle) pertinent positive findings. Backslash pertinent negative findings. | |

**Exam Time:** ___ a.m. / p.m.

**Mode of Arrival:**
- EMS  Other
- ☀ HQI INDICATOR
- ☀ PQRI INDICATOR

**Vital Signs** ____ except: BP ____
Pulse ____ R Rate ____ Temp ____
Pulse Ox: NL  Hypoxic  Not Applicable  % on R/A or O₂ ☀ L/min

**Cardiac Monitor** Not Applicable  Interp.
**Rate:** NL  Brady  Techy
**Rhythm:** Sinus  Afib  Junctional
**Ectopy:** None  PVCs  PACs

HX from Patient Unobtainable due to: Dementia  Altered MS  Extremis  Other: ____
HX from: Patient  Family / Caretaker  EMS  Interpreter  Medical Records  LMP: ____

**CHIEF COMPLAINT:** This is a ___ year old (male) female who presents with a complaint of pain at: Head  Neck  Face  RUE  LUE
Chest  Abdomen  RLE  LLE  Other: ____

_incerp cnt) ste stile t cust_
_got cn(f(e_

**ONSET/DURATION** Started ____ Min Hours Days Weeks Ago  Still Present  Resolved  Worse Since: ____
**ONSET OF PAIN** Immediate ____ Minutes Hours Days  Post Accident / Prior to Arrival
**SEVERITY** Initially: ____ (0 - 10)  Mild  Moderate  Severe  Currently: ____ (0 - 10)  None  Mild  Moderate  Severe
**MECHANISM** Blunt Trauma  Direct Blow  Fall ____ feet / Standing Position  Alleged Assault  Twisted  Incised  Unknown
**ALLEVIATING** Rest  Ice  Compression  Elevation  OTC Meds ____ **Nothing**
**AGGRAVATING** Weight Bearing  Ambulation  Movement  Deep Breaths/Coughing ____ **Nothing**
**ASSOCIATED SIGNS AND SYMPTOMS** Negative  No LOC  Ecchymosis  Swelling

**LATED HX** Similar Episode / Dx as: ____
Occupational Injury

| Penetrating Injury, Risk Factors | Negative  Hammering  Grinding  Projectile |
|---|---|

**Pertinent Positives**

| | | | |
|---|---|---|---|
| Constitutional | Negative | Fever | Chills |
| Eyes | Negative | Photophobia | Blurred Vision |
| | Negative | Sore Throat | Ear Ache |
| | Negative | Palpitations | Chest Pain |
| Respiratory | Negative | SOB | Cough |
| GI | Negative | Vomiting | Diarrhea |
| GU | Negative | Dysuria | Hematuria |
| MS | Negative | Arthralgia | Myalgia |
| Skin | Negative | Rash | Bruising |
| Neuro | Negative | Headache | Weakness |
| | Negative | Anxious | Depressed |

All other systems **either** reviewed and negative or non-contributory for chief complaint.
NO

**PCP / Managing Physician(s):** ____
Referred to ED / Clinic by:  PCP / Telephone Referral / Other: ____
Previous Visit for Same Complaint to ED / Clinic / PCP / In-Patient Within
72 Hours / ____ Days  Dx / Rx: ____

**Previously Healthy**  DNR / Comfort Care Only

| | | | |
|---|---|---|---|
| Endocrine | DM I | DM II | Hypothyroid  Hyperthyroid  Hyperlipidemia |
| CV | CAD / MI | HTN  CHF | Afib  DVT |
| Respiratory | COPD | Asthma  Bronchitis | Pneumonia  PE |
| GI / GU | PUD / GERD  GI Bleed | Urosepsis | Diverticulitis  Gall / Kidney Stones |
| Neuro / Psych | TIA / CVA | Migraine  Anxiety | Depression  Seizure |
| Cancer | Lung | Colon  Breast | Prostate |
| Surgical Hx | None | Spinal Surgery | |

**Immunizations:** Unknown  Tetanus UTD  Not UTD
☀ Pneumococcal  ☀ Influenza within 12 months

**Negative**
Heart / HTN ____
Diabetes ____
Other: ____

**Negative**
Smoking ____ ppd x ____ yrs. ☀ Patient Advised to Stop
OH / Drug Use
____ption
Lives Alone / With Family  Nursing Home  Assisted Living

A9001327254
MCATEE,RONNIE  BD:01/23/1974 M
AD:09/12/07 ATT:PHYSICIAN,ER
A07255-00296 RM:-  PCP:

* R C 1 2 2 0 0 1 0 6 2 2 0 7 0 9 0 1 *

(c) 2007 Emergency Consultants, Inc.  09/12/07 08:30 am

| Mercy Hospital and Medical Center | Emergency Department QualChart® | Page 2 of 2 |
|---|---|---|
| MINOR TRAUMA / ADULT | Circle pertinent positive findings. Backslash pertinent negative findings. | |

EXAM LIMITED DUE TO: Dementia   Altered MS   Extremis   Other:

| Normal Findings: | Abnormal Findings: | Complaint-Specific Findings |
|---|---|---|
| Normal | Well-Appearing | Ill-Appearing: Mild Mod Severe |
| | No Pain Distress | Pain Distress: Mild Mod Severe |
| | Well-Nourished | Obese / Thin / Cachectic |
| Normal | PERL / EOMI | R Pupil ___ L Pupil ___ |
| | Conjunctiva Clear | Conjunctiva Inflammed |
| Normal | Ears Normal | TMs Occluded |
| | Nose Normal | Rhinorrhea / Epistaxis |
| | Oropharynx Normal | Erythema / Exudate / Dry Mucosa |
| Normal | Supple | Nonsupple |
| | Airway Patent | Airway Obstructed |
| | Breath Sounds Equal | Rales @ ___ |
| | | Rhonchi @ ___ |
| | | Wheezes @ ___ |
| | Respiration Nonlabored | Retractions |
| Normal | RRR | IRR Tachycardia Bradycardia |
| | Pulses Normal | Abn. Pulses @ ___ |
| | No Rub / Murmur | Murmur |
| Normal | Soft / Nontender | Tender @ ___ |
| | No Masses | Mass @ ___ |
| | Bowel Sounds Normal | Bowel Sounds Hypo Hyper |
| | No Organomegaly | Hepatomegaly / Splenomegaly |
| Normal | Strength / ROM Intact | Limited @ ___ |
| | No Edema | Edema @ ___ |
| | No Calf Tenderness | Calf Tenderness |
| Normal | Warm & Dry | Pale / Diaphoretic |
| | Color Normal | Cyanosis @ ___ |
| Normal | Sensory / Motor Intact | Focal Deficit @ ___ |
| | Reflexes Intact | Abn. Reflex @ ___ |
| | CN Intact | CN ___ Palsy |
| | A & O x 3 | A V P U Disoriented |
| Normal | Affect / Mood Appropriate | Anxious / Depressed |

H = Hematoma   L = Laceration
A = Abrasion   T = Tenderness
C = Contusion   S = Swelling
D = Deformity

Consideration of the following conditions may be warranted for the presenting problem; they are not final diagnoses.

Abrasion(s)   Laceration(s)
Contusion(s)   Sprain / Strain
Fracture / Dislocation
Hematoma(s)

Other:

WDWN – swelling or ecchymosis
Exam ___

clot will continue

1
2
3

Please indicate: Visit Related / Unrelated to Pregnancy

SIGNATURE:

Pain Scale (0-10)

Time: ___ Unchanged Improved Worse VSS ___

Time: ___ Unchanged Improved Worse VSS ___

Chart Copy Available to Add'l Care Providers

Discussed case/management/disposition of patient with:

Name: ___ at ___ a.m. / p.m.

Name: ___ at ___ a.m. / p.m.

Name: ___ at ___ a.m. / p.m.

Consult ___ Follow-up: ___

RX: ___

Discharge: Home / Work Nursing Home Deceased AMA

Admit: ED Obs InPt Unit: ICU Tele Floor Condition: Stable Unstable

Patient Endorsed To/Discussed With: ___ a.m. / p.m.

Patient Stabilized Within Hospital's Capabilities/Transferred to: ___

Transfer Form Completed

Disposition Rationale: ___

Discussed with: Patient Family Other: ___

Standard After-Care Instructions Given to Patient Upon Discharge from ED.

| Disposition Time: ___ a.m. / p.m. | ___ MD/DO |
|---|---|
| | ___ MD/DO |
| | PA / NP / Resident |
| | Supervising Physician attests performing pertinent History, Physical Examination, and Medical Decisions ___ (initials) |
| | I have reviewed available Ancillary / Nursing Staff documentation. |

Chart / Addendum Dictated: Yes No

A0001327254
MCATEE, RONNIE   DOB:01/28/1974 M
AD:09/12/07 ATT:PHYSICIAN, ER
A07255-00296 RM:   PCP:

This form is to assist the physician's documentation of ___ treatment.
It is not intended to supplant that judgement or create a standard of care.
(c) 2007 Emergency Consultants, Inc.

09/12/07 08:30 am

| Mercy Hospital and Medical Center | Emergency Department QualChart ® |
|---|---|
| **ORDER SHEET** | Height: Weight: lbs / kgs Allergies: |

| Medical Records: Old Chart | Recent ED Chart | Previous EKG | Additional Records: |

Cardiac | Abdominal Pain | Trauma | AMS | Adult Sepsis | Pediatric Fever | STD / GYN | Entered by: | Time:

| | | CXR (2 view) | Portable CXR |
|---|---|---|---|
| CBC | Manual Diff | Reticulocyte Count | C-Spine | Port XT C-Spine |
| BMP | CMP | LFT | Mg | 3-View | 5-View | Flexion / Extension |
| Amylase | Lipase | Ammonia | AAS | KUB |
| UA | UA w/o Micro | CC | Cath | T-Spine | L-Spine |
| UCG | HCG: Qual / Quant | Ribs | Right | Left |
| Drug Screen: Urine / Serum | ETOH | Finger | Right | Left |
| CPK | CKMB | Troponin | Hand | Right | Left |
| D - Dimer | BNP | Myoglobin | Wrist | Right | Left |
| ESR | Uric Acid | Forearm | Right | Left |
| Lactic Acid | Cortisol | Elbow | Right | Left |
| PT / INR | PTT | DIC Panel | Humerus | Right | Left |
| Rh | Type Screen | Type Cross | units | Shoulder | Right | Left |
| ASA | Acetaminophen | Clavicle | Right | Left |
| Digoxin | | Hip Pelvis | Right | Left | Portable |
| Dilantin | Depakote | Femur | Right | Left |
| Tegretol | Phenobarb | Knee | Right | Left |
| Rapid Strep | Mono | RSV | Influenza | Tibia / Fibula | Right | Left |
| Stool: Leukocytes | O & P | Rotavirus | Ankle | Right | Left |
| GC | Chlamydia | Wet Prep | KOH | Foot | Right | Left |
| Hemoccult | Gastroccult | CT: Head / Facial Bones | Contrast: IV PO None |
| ABG | On Room Air | CT: C-Spine T-Spine | L-Spine |
| Cultures: Urine | Sputum | Wound | CT: Chest | Contrast: IV PO None |
| Blood | Blood x 2 | Stool | CT: Abdomen / Pelvis | Contrast: IV PO None |
| | | Ultrasound of: GB ABD | Pelvis |

Pertinent Lab Values: WNL WNL Except:

Indication(s) for Xray / CT / US:
Xray Interp: No Acute Changes Positive
By: ED Physician Radiologist

| Monitor ▲ EKG | Albuterol Unit Dose or mg x 1 2 3 q min |
|---|---|
| Rate: NL Brady Tachy | Atrovent Unit Dose or mg x 1 2 3 q min |
| Rhythm: Sinus AFIB Junctional | Xopenex Unit Dose or mg x 1 2 3 q min |
| Ectopy: None PVCs PACs | Rac Epi Unit Dose or mg x 1 2 3 q min |
| Rate: NL Brady Tachy Axis: NL / Left / Right | Peak Flow: Pre-Tx Post-Tx #1: Post-Tx #2: |
| Rhythm: Sinus AFIB Junctional LBBB: New / Old / | EKG Interpretation: |
| Ectopy: None PVCs PACs ST Segment: NL / Non-Specific | EKG Comparison: No Significant Change / Other: |

| | Time: |
|---|---|
| Repeat Vital Signs: All BP Pulse RR Temp O2 Sat | VSS except: |
| ▲ # Pulse Ox O2 @ l/min via NC / Mask / NRB | ▲ # Normal Hypoxic |
| Saline Lock IV: NS LR Bolus ml over min / hr | % on R/A or O2 @ l/min |
| Maintenance IV: NS LR ml over min / hr | |

| Disposition Orders: Discharge Admit to InPt Status Observation Transfer | VSS except: Pain: (0-10) |
|---|---|
| Unchanged Improved Worse | Appearance: NAD / |
| Time: a.m. / p.m. | Lungs: Clear / |
| | Abdomen: Non-Tender / |
| | Neuro: A & O x 3 / |

| Time of Initial Orders: | MD / DO |
|---|---|
| | PA / NP / Resident |
| | RN Init |
| a.m. / p.m. | RN / |

A0001327254
MCATEE, RONNIE     BD: 01/28/1974 M
AD: 09/12/07 ATT: PHYSICIAN, ER
A07255-00296 RM:     PCP:

This form is to assist the physician's documentation of clinical care and treatment.
It is not intended to supplant that judgement or create a standard of care.
(c) 2007 Emergency Consultants, Inc.
09/12/07 08:30 am

**Mercy Hospital and Medical Center**

| | IN____ | OUT____ |

Date: 9/12/07  Time: 6854  a.m./p.m.  Mode of Arrival: ☐EMS ☐POV ☐Other   Primary MD ____   Tr Class: 1 2 ③ 4 5

HPI   Information Obtained From: ☐Patient ☐Family / S.O. ☐EMS ☐Caretaker ☐Old Medical Records

Name: McAtee, Ronnie   DOB Redacted  Age 33

Chief Complaint: c/o Neck, Rt wrist pain + urination

Complaint History: ____

### Principal Care / Pediatric Assessment / Vital Signs

☐N/A ☐C-Collar
☐Backboard / CID
☐Monitor
☐IV ____
☐O2 @ ____ L

Immunizations: ☐N/A ☐UTD ☐Not UTD
Weight: ____ Kg

BP 130/90
Pulse: 82 Reg Irr
RR: ____
Temp: 98.6 O R T
Pulse Ox ____ % RA O2
O2 @ ____ LPM NC NRB

(Frequency + Dose)

Tobacco ☐N/A ☐UTD ☐Not UTD
☐Never ☐Quit  Years Ago - Smoked x ____ Years
☐Smoke ____ ppd x ____ yrs.  ☐Cessation Info/Resources Provided

TB Screening ☐ Cough for 2+ Weeks? ☐Yes ☐No   Hemoptysis? ☐Yes ☐No
Reproductive Hx ☐N/A  LNMP ____   Post Men.  Hyst
G ____ P ____ BA ____ EA ____   Lactating? ☐Yes ☐No

(Include type of reaction / S&S)

DV Screen ☐N/A  Do you feel emotionally and physically safe? ☐Yes ☐No
Are you safe at home? ☐Yes ☐No  Screening Result: Neg Pos ☐Info / Resources Provided

Functional Assessment ☐N/A - Pt is minor  ☐N/A - NH Pt or has caregiver   Recent Travel? ☐Yes ☐No  Where? ____
Do you have any difficult ambulating or caring for yourself? ☐Yes ☐No
Nutritional Assessment  Weight ____ Lb / Kg  ☐Estimate   ☐Yes ☐No  Language ____   Interpreter ☐Yes ☐No Used
Have you had a recent weight change? ☐No ☐Yes ☐Loss ☐Gain   Liver: ☐Alone ☐w/Family/S.O. ☐Nursing Home/Assisted Living

Past Medical History ☐Previously Healthy ☐HTN ☐DM ☐Cardiac ☐AIDS ☐COPD ☐Asthma ☐Thyroid ☐Ulcer ☐Hepatitis ☐CVA/TIA ☐CHF
☐Cancer ____  Disc problem  @ knee pain
Other: ____

### Assessment

LOC ☐Normal for Pt
☐A & O x 3
☐Lethargic
☐Confused
☐Combative
☐Unresponsive

**Skin**
☐Warm ☐Hot ☐Cool ☐Cold
☐Dry ☐Moist ☐Diaphoretic
☐Pale ☐Flushed ☐Cyanotic
Turgor ☐Normal ☐Decreased
Edema ☐Absent ☐Present
Location ____

**R  Lungs  L**
☐ ☐ Clear ☐ ☐
☐ ☐ Rales ☐ ☐
☐ ☐ Wheezes ☐ ☐
☐ ☐ Decreased ☐ ☐
☐ ☐ Absent ☐ ☐

☐None  Onset: ____  ☐Constant ☐Intermittent
Alleviating/Aggravating Factors: back, neck
Description: ____
Location: ____
Initial: ____/10
Now: ____/10
Worst: ____/10

Pain Goal ____
Facial Pain Scale
☐See FLACC ☐See foreign language scale

Flaring ☐Yes ☐No   Retracting ☐Yes ☐No

### Triage Intervention
Ice  y   Sling  y

| Triage Diagnostic Tests | | | | Triage Notification |
|---|---|---|---|---|
| | Dose | Time | Triage EKG | Drug Screen Rep |
| | | | Time called ____ | Notified Time ____ am/pm |
| Tylenol | | | Accucheck ____ | Security search |
| Pedia-Profen | | | | Time ____ |
| Motrin | | | UA sent  y  n | Officers Name |
| Pedialyte | x | | Icon  + - | Belongings bagged/tagged  y  n |
| Popsicle | y | | Xray | Crisis worker contacted |
| | | | Extremity ____ | Time ____ |
| | | | | Name of CW |
| | | | Other ____ | |

### Repeat Vital Signs

| Time | T | P | R | Pain Score | Pulse OX | | BP |
|---|---|---|---|---|---|---|---|

Orthostatic Vital Signs
Lying  BP ___/___  Pulse ____
Sitting  BP ___/___  Pulse ____
Standing  BP ___/___  Pulse ____
Time: ____

CPD notification
Officers name ____
Beat number ____

Signature / Initials: ____
Printed Name ____   Signature ____

Form No. 03.84-02/06-1   Reorder No. 4035

**MERCY**
2525 South Michigan Avenue
Chicago, Illinois 60616-2477
312.567.2000

A0001327254
MCATEE,RONNIE   BD:09/12/974 M
AD:09/12/07 ATT:PHYSICIAN,ER
A07255-06226 RM:-  PCP:

**Mercy Hospital and Medical Center**

ED Flowsheet    Date _____

| Inserted By: | | | O2 _____ L/min per ☐NC ☐NRB | Time | IV | NG | PO |
|---|---|---|---|---|---|---|---|
| Post-Insertion Chest X-ray: Time: _____ Size: _____ | | | FIO2 _____ TV _____ PEEP _____ | | | | |
| Taped at lips / nostril _____ cm CO2 color change: Yes No | | | Mode _____ RR _____ | | | | |
| | | | Initials _____ | | | | |

| Time | Initials | Medication | Site | Dose | Route | Response to Medication | Time | Urine | NG | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Time: _____ Initials _____
☐Straight Cath   ☐Foley Cath
Size: _____ ☐ French   ☐Urimeter
Residual Volume: _____ ml
Appearance: ☐Clear   ☐Cloudy
Color: _____ UCG: ☐Neg ☐Pos
Urine Dip: ☐Neg ☐Pos - See Narrative

| Initials | IV # | Type of Solution | Medication Added | Rate | Site | Gauge | Start | End | Amount Infused |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Time: _____ Initials _____
Size: _____ ☐Salem Pump
☐Placement Ausc   Residual Vol _____ ml
Color: _____

Time: _____ By whom: _____
Location: ☐IJ ☐SC ☐Femoral

| Time | T | P | R | BP | Pulse OX | Pain Score | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0720 | 98 | 82 | 18 | 134/80 | | 4/10 | Pt to ER #15 č back, bilateral wrist pain p altercation this am | | | |
| 0830 | | | | | | | Pt to CXR | | | |
| 0930 | | | | | | | Pt returned from radiology, X-Ray negative | | | |
| | | | | | | | Pt ok back to CPD custody | | | |

Condition on Discharge / Transfer: ☐Stable ☐Unstable ☐Expired
Admitted to Room #: _____
Report Called: _____ To: _____ Time: _____

☐ See ED Progress Note for further documentation
Form No. 08.100-07/06-1   Reorder No. 3388

| Printed Name | Signature | Initials |
|---|---|---|
| | | |

A0901327254
MCATEE, RONNIE   BD:01/28/1974 M
AD:09/12/07 ATT:PHYSICIAN,ER

**MERCY**
2525 South Michigan Avenue
Chicago, Illinois 60616-2477
312.567.2000

#15

# ▦ MERCY.

## Emergency Department After Care Instructions

Mercy Hospital and Medical Center
2525 South Michigan Avenue
Chicago, Illinois 60616-2477
312.567.2000

Patient: A00013272S4  MCATEE,RONNIE  BD: Redacted1974 M
AD:09/12/07 ATT:PHYSICIAN,ER
A07255-00296 RM:  PCP:

Account  Form No. 03.826-11/06-3  Reorder No. 3280

**Provisional Diagnosis:**

_Chest Contsn_

☐ X-Rays were taken of the: _____

☐ Tests/Treatment: _____

**Follow up**
☐ Dr. _____  ☐ Next Day ☒ 2-3 Days
Phone _____ for Doctor or.
☐ Mercy Works  On  P T clin
2600 South Michigan  367 2171
(312) 567-2979
☐ Please call for an appointment.

☐ No work/school until: _____  **For work related injuries
please see your physician.

**Additional Instructions**

_Return to the pully
Tylenol for pain  per_

☐ Physician Signature _____

Signature of Patient or Responsible Person _____
Signature of Nursing Personnel _____  Date 9-12-0  Time 649

**Please follow the instructions below as indicated for you:**

☐ Abdominal Pain
☐ Animal Bites
☐ Asthma
☐ Back Pain
☐ Burns
☐ Cast/Splint Care
☐ Chest Pain
☐ Croup
☐ Crutches
☐ Diarrhea/Vomiting in Adults
☐ Diarrhea/Vomiting in Children
☐ Ear Infection
☐ Fever in Children
☐ Flu in Adults
☐ Fractured Extremity
☐ Headache
☐ Head Injury

☐ Hypertension
☐ Moderate Sedation
☐ Neck Pain
☐ Nosebleed
☐ Pelvic Inflammatory Disease
☐ Peptic/Gastric Ulcer
☐ Pneumonia
☐ Sexually Transmitted Disease
☐ Sinusitis
☐ Sore Throat
☐ Sprain/Strain
☐ Upper Respiratory Infection
☐ Urinary Tract Infection
☐ Vaginal Bleeding, Abnormal
☐ Wound/Suture Care
☐ Smoking Cessation

☐ Other _____

☐ You have _____ sutures/staples which must be removed
in _____ days.  ☐ Tetanus Toxoid

☐ You were prescribed sedatives or pain medications that may make you drowsy. Do not drink alcohol or operate machinery while you are taking these medications.

X-rays/EKGs do not always show injury or disease. Fractures (breaks in the bones) are not always revealed on the initial x-rays, but may be revealed on subsequent x-ray. Your x-ray/EKG has been read on a preliminary basis. Final reading will be made by the radiologist/cardiologist. You will be notified of any additional findings.

The examination and treatment you have received in the Emergency Department has been given on an emergency basis only. (Should your condition worsen or any new symptoms develop, or should you not recover as expected, contact your doctor or the doctor you were given for follow-up care.) If you cannot contact the doctor, return to the Hospital Emergency Department.

**CHART COPY**

MERCY HOSPITAL & MEDICAL CENTER
2525 S. MICHIGAN
CHICAGO, IL 60616
PHONE 312.567.2000

℞ FOR _____  DATE _____
ADDRESS _____

REFILL _____ TIMES  ☐ MAY SUBSTITUTE
NON REP _____  ☐ MAY NOT SUBSTITUTE  M.D.
DEA NO. _____  M.D.
PRINT NAME TO VERIFY ABOVE SIGNATURE

MERCY HOSPITAL & MEDICAL CENTER
2525 S. MICHIGAN
CHICAGO, IL 60616
PHONE 312.567.2000

℞ FOR _____  DATE _____
ADDRESS _____

REFILL _____ TIMES  ☐ MAY SUBSTITUTE
NON REP _____  ☐ MAY NOT SUBSTITUTE  M.D.
DEA NO. _____  M.D.
PRINT NAME TO VERIFY ABOVE SIGNATURE

## MERCY HOSPITAL

Name:RONNIE MCATEE          ID:(0001327254)
DOB: Redacted 1974   Sex: M

Procedure(s):71020 (A)
Accession(s):901056
Date of exam:09/12/2007 08:40:00


Examination: Chest, PA and lateral

Date:September 12 2007

Comparison:None

Indication:Trauma

Findings:
The cardiomediastinal silhouette is within normal limits.  The lungs are well expanded, and free of focal opacity.  There is no pleural effusion, pneumothorax.  The visualized intra-abdominal contents are unremarkable.  The osseous structures are unremarkable.No dramatic injury identified.

Impression:
No radiographic evidence of acute cardiopulmonary process.

No radiographic evidence of trauma.

RADIOLOGY PRELIMINARY REPORT

A preliminary report was provided by the radiology resident, Dr. A. Taves, at 09:29:39 on 09/12/2007.
Preliminary report has not been reviewed by the staff radiologist.

_____

Preliminary

Attending radiologist: precall precall
Date: Wednesday, September 12, 2007
Resident radiologist(s): Dr. Adam Taves

Addenda:

Pl. Exhibit (C)          Date: October 21st, 2007

To whom this May concern:

From: Rickey L. Stevenson
I.D. no.* 20070069907
Cook county Jail
P.O. Box 089002
Chicago, Illinois 60608

In Re:" Police officer's "Excessive use of force" on Me, use of "false Evidence And Perjured Testimony used to Sustain Burglary charges Against Me;

Sub:" Request to file An Emergency complaint

Police Involved:

Ofc. Wagner # 10600
Ofc. Pacheco # 12550
Ofc. Haleem # 14193

To whom this May concern:

I Am writing this Letter to you, And Requesting that you, or Members of the "Office of Professional Standards" perform An Emergency" Review of My Letter / complaint of Police — Misconduct that occurred on or About September 12th, 2007 At the "51st And Wentworth Police Station" by Members of the "S.O.S Midnight Gang crime unit.

that it is imperative that an immediate Review of these - -
allegations be conducted, because not only was I assaulted
by these officer's but, I was hospitalized at Mercy Hospital
(# A-0001327254 (Admitted 9/12/07) & (# A-07255-00296). See: All
Hospital Reports.

In Addition, to being assaulted, I was "framed" by having a
"bogus" felony Burglary charge put on me by these - -
corrupt officer's, in which I am currently incarcerated
at the Cook County Jail, and my life hangs in the
balance.

* note: Please be mindful that certain facts are omitted
          Due to the pendency of my criminal case. *


That on or or About September 12th, 2007, At Approximately
Midnight, while I was walking from my Auntie's House Located
at 7239 South Richmond Ave. I began walking down from
Richmond Ave to 73Rd And Western And I proceeded to walk to
79th And Western bus terminal enRoute to catching the -
79th And Lakefront Street bus to my home at 7921 S. Marquette.

AS I walked down "Western" toward 79th I was pulled -
over by Detective's of the "Special Operations Section "S.O.S."
of the Midnight Gang unit. I was SeA searched, Detained And
Asked for I.D. And placed in handcuff's. I then was
Driven to 5101 S. Wentworth (Police Station).
I Asked Detective's what was I being Detained And one
of them Responded "that I had a warrant in Atlanta for
identity theft And then one Detective began to search me

d Strip Me of All My properties And I asked why And
ey the (Detectives) Said" I was being charged with - -
long Burglary. I Attempted to Assert My innocence And
grabbed My personal property off the Desk And
the Detective tackled Me on to the floor And began
o "Beat Me on the Left-Side of My head As I Laid
the floor with the Metal Chair I was handcuff to And
hen I was constantly punched, Kicked And My head was
repeatedly hit against the floor.

I was then Dragged to the holding cell in Lock-up
nd Left in the cell for Approx (6) hours Laying helpless
n the floor, Without Medical Assistance ~~until~~ until Later
n, in which I was transported to Mercy hospital for
Reatment.

hat When I returned I was Detained At 51st police
Station from Sept 12th 2007 -to- Sept 14th, 2007 Without
Seeing A Lawyer or Judge

In Sum I requesting an immediate investigation into
his Matter And I Await A thorough interview.

I Thanks you in Advance for Any consideration
(ou give My Letter.

PL.Exhibit (C)

## Chapter 2-57 INDEPENDENT POLICE REVIEW AUTHORITY

**2-57-010     Definitions.**
The following terms wherever used in this chapter shall have the following meanings unless a different meaning appears from the context:

(a)     *Chief administrator* means the chief administrator of independent police review.

(b)     *Coercion* means the use of express or implied threats of violence that puts a person in immediate fear of the consequences in order to compel that person to act against his or her will.

(c)     *Department* means the Chicago department of police.

(d)     *Police Board* means the police board established by Chapter 2-84 of this code, as amended.

(e)     *Superintendent* means the superintendent of police or his designated representative.

(f)     *Verbal abuse* means the use of a remark which is overtly insulting, mocking or belittling directed at a person based upon the actual or perceived race, color, sex, religion, national origin, sexual orientation, or gender identity of that person.

**2-57-020     Establishment--Composition.**
There is hereby established an office of the municipal government to be known as the independent police review authority, which shall include the chief administrator of independent police review and such deputies, assistants and other employees as may be provided for in the annual appropriation ordinance. The offices of the independent police review authority shall be located in a facility outside of the department of police.

**2-57-030     Chief Administrator --Appointment as chief administrative authority.**
The chief administrator shall be the chief executive officer of the independent police review authority. The chief administrator shall be appointed by the mayor subject to the approval of the city council. The chief administrator shall be responsible for the general management and control of the independent police review authority and shall have full and complete authority to administer the office in a manner consistent with the ordinances of the city, the laws of the state, and the rules and regulations of the police board. The chief administrator shall be appointed for a term of four years, or until his or her successor is appointed and approved. In the event that the chief administrator does not complete his or her four-year term, the mayor shall, subject to the

-1-

approval of the city council, appoint a new chief administrator who shall be appointed for a new four-year term.

**2-57-040    Chief Administrator--Powers and duties.**

In addition to other powers conferred herein, the chief administrator shall have the following powers and duties:

(a)    To receive and register all complaints filed against members of the department;

(b)    To conduct investigations into complaints against members of the department concerning domestic violence, excessive force, coercion, and verbal abuse;

(c)    To conduct investigations into all cases in which a department member discharges his or her firearm, stun gun, or taser in a manner which potentially could strike an individual, even if no allegation of misconduct is made;

(d)    To conduct investigations into cases where the death of a person or an injury sustained by a person occurs while in police custody or where an extraordinary or unusual occurrence occurs in lockup facilities, even when no allegation of misconduct is made;

(e)    To review all cases settled by the department of law in which a complaint register was filed against a member of the department, and if, in the opinion of the chief administrator, further investigation is warranted, to conduct such investigation;

(f)    To forward all other complaints filed against members of the department to the department's internal affairs division;

(g)    To conduct investigations in a manner consistent with Article IV of Chapter 2-84, the rules and regulations established by the police board, and all department operating procedures, general orders, collective bargaining agreements, and other applicable laws and regulations;

(h)    To make recommendations to the superintendent concerning the appropriate disciplinary action against members of the department found to be in violation of department rules and regulations;

(i)    To make recommendations to the superintendent, the police board, and the chairman of the city council committee on police and fire concerning revisions in policy and operating procedures to increase the efficiency of the department;

(j)    To request information related to an investigation from any employee or officer of the city;

(k)     To issue subpoenas to compel the attendance of witnesses for purposes of examination and the production of documents and other items for inspection and/or duplication. Issuance of subpoenas shall be subject to the restrictions contained in Section 2-57-050;

(l)     To address police personnel and community groups on regulations and operations of the independent police review authority; and

(m)     To promulgate rules, regulations and procedures for the conduct of the independent police review authority's investigations consistent with the requirements of collective bargaining agreements, due process of law and equal protection under the law.

Nothing in this chapter shall preclude the chief administrator from referring a complaint or information concerning a member of the department to the appropriate federal, state or local law enforcement authorities.

**2-57-050     Subpoena issuance.**
The chief administrator, or his or her designee, may administer oaths and secure by its subpoena both the attendance and testimony of witnesses and the production of relevant information.  A subpoena shall be served in the same manner as subpoenas issued under the Rules of the Illinois Supreme Court to compel appearance of a deponent, and subject to the same witness and mileage fees fixed by law for such subpoenas.

A subpoena issued under this chapter shall identify the person to whom it is directed and the documents or other items sought thereby, if any, and the date, time and place for the appearance of the witness and production of the documents or other items described in the subpoena. In no event shall the date for examination or production be less than seven days after service of the subpoena.

**2-57-060     Decisions; recommendations.**
(a)     If the chief administrator issues a recommendation of discipline against one or more members of the department, the superintendent must respond to such recommendation within 90 days.  The response must include a description of any disciplinary action the superintendent has taken with respect to the member in question.
(b)     If the superintendent did not take any disciplinary action, or takes a different disciplinary action than that recommended by the chief administrator, the superintendent must describe the proposed different action and explain the reasons for the different action in the written response.  The superintendent's response shall include, but is not limited to, the following reasons for taking a different action:
(i)     an analysis of the employee's work history, including any prior disciplinary actions, any prior complaints filed against the employee, and/or any prior

> (ii)     complimentary history;
> (ii)     the superintendent's professional opinion with regard to the case;
> (iii)    the existence of any lawsuits arising out of the performance of police duties to which the employee has been a named party, and the outcome of such lawsuits, including those in which the employee has been exonerated; and
> (iv)     any evidentiary concerns with regard to the investigation.

This response must be submitted to the chief administrator within the 90-day decision period.

(c)     Within ten business days after the submission of a response letter which proposes less discipline than that recommended by the chief administrator, the superintendent and the chief administrator shall meet to discuss the reasons for the superintendent's actions. If the chief administrator does not concur with regard to the superintendent's reasons for the differing disciplinary action, the chief administrator shall, within five business days, send the superintendent's response, along with the chief administrator's objections, to a separate panel consisting of three persons who shall be designated by the police board from its membership.

The three-member panel shall, within ten business days of receipt, review the superintendent's response and the chief administrator's objections. Upon the request of the three-member panel, the superintendent and the chief administrator may be required to present additional documentation or present oral arguments in support of their positions. If the superintendent's response does not meet its burden of overcoming the chief administrator's recommendation for discipline, in the opinion of the majority of the three-member panel, the recommendation shall be deemed to be accepted by the superintendent. Such members of the panel shall then recuse themselves from any future involvement with such case by the full police board.

(d)     No action of the superintendent which proposes to take less discipline than that recommended by the chief administrator shall be valid until the provisions of subsection (c) of this section are followed.

(e)     If the superintendent fails to respond to the recommendation within the 90-day decision period, such recommendation shall be deemed to be accepted by the superintendent.

(f)     Nothing in this section shall limit the superintendent's ability to impose any additional discipline than that recommended by the chief administrator.

**2-57-070     Investigations not concluded within six months.**

If the chief administrator does not conclude an investigation within six months after its initiation, the chief administrator shall notify the mayor's office, the city council committee on police and fire, the complainant, and the employee named in the complaint or his or her counsel of the general nature of the complaint or information giving rise to the investigation and the reasons for failure to complete the investigation within six months.

**2-57-080     Cooperation in investigations.**

It shall be a condition of employment for every officer, employee, department, and agency

-4-

of the city to cooperate with the chief administrator in any investigation or hearing undertaken pursuant to this chapter. Any employee or appointed officer of the city who violates any provision of this section shall be subject to discharge (or such other discipline as may be specified in an applicable collective bargaining agreement) in addition to any other penalty provided in this chapter.

**2-57-090      Retaliation prohibited--Penalty.**

No person shall retaliate against, punish or penalize any other person for complaining to, cooperating with or assisting the chief administrator in the performance of his or her office. Any person who violates the provisions of this section shall be subject to a fine of not less than $5,000.00 and not more than $10,000.00 for each violation.

**2-57-100      Final Summary Reports - Open to public inspection.**

All final summary reports of the independent police review authority shall be open to public inspection, except to the extent that information contained therein is exempted from disclosure by the Illinois Freedom of Information Act, collective bargaining agreement, or any other applicable law.

**2-57-110      Quarterly reports to legislative and executive branches.**

No later than the fifteenth day of January, April, July and October of each year, the chief administrator shall file with the mayor's office, the city council committee on police and fire, the office of the city clerk, and the legislative reference bureau a report accurate as of the last day of the preceding month, indicating: (1) the number of investigations initiated since the date of the last report; (2) the number of investigations concluded since the last report; (3) the number of investigations pending as of the reporting date; (4) the number of complaints not sustained since the last report; (5) the number of complaints sustained since the last report; (6) the number of complaints filed in each district since the last report; (7) without identifying any individual, the number of complaints filed against each police officer in each district since the last report; and (8) the number of complaints referred to other agencies and the identity of such other agencies. Such reports shall be open for public inspection and shall be posted on the city's website.

**2-57-120      Chief Administrator--Conditions for removal from office.**

Prior to serving a complete term, the chief administrator may be removed only for cause and in accordance with the provisions of this section. The mayor shall give written notice (a) to the city council of his intent to remove the chief administrator; and (b) to the chief administrator of the cause of his intended removal. Within ten days after receipt of the notice, the chief administrator may file with the city council a request for hearing on the cause for removal. If no such request is made within ten days, the chief administrator shall be deemed to have resigned his or her office as of the tenth day after receipt of the notice of intended removal. If such a request is made, the city council shall convene a hearing on the cause for removal of the chief administrator, at which the chief administrator may appear, be represented by counsel and be heard. The hearing shall be convened within ten days after receipt of the request therefor and conclude within 14 days thereafter. The mayor's notice of intended removal shall constitute the

charge against the chief administrator. Removal of the chief administrator for cause after the hearing shall require the affirmative vote of a majority of the members of the city council.

**2-57-130    Obstructing or interfering with investigations -Penalty.**

No person shall wilfully refuse to comply with a subpoena issued by the chief administrator, or otherwise knowingly interfere with or obstruct an investigation authorized by this chapter and conducted by an announced investigator of the independent police review authority. Any person who wilfully violates the provisions of this section shall be subject to a fine of not less than $1,000.00 and not more than $5,000.00 for each such offense, or imprisonment for a period of not less than 30 days and not more than six months, or both a fine and imprisonment. Each day that a violation continues shall constitute a separate and distinct offense. Actions seeking the imposition of a fine only shall be filed as quasi-criminal actions subject to the provisions of the Illinois Code of Civil Procedure, as amended. Actions seeking incarceration, or incarceration and a fine, shall be filed and prosecuted as misdemeanor actions under the procedure set forth in Section 1-2-1.1 of the Illinois Municipal Code, as amended.

**2-57-140    Violation--Penalty--Discharge or other discipline.**

Any employee or appointed officer of the city who violates any provision of this chapter shall be subject to discharge (or such other discipline as may be specified in an applicable collective bargaining agreement) in addition to any other penalty provided in this chapter.

**2-57-150    Rules and regulations.**

The chief administrator is authorized to adopt such rules, regulations and procedures as he or she may deem expedient for the proper administration and enforcement of the provisions of this chapter.

**2-57-160    Public policy.**

The public policy of this chapter is to make certain that complaints concerning police misconduct and abuse are resolved fairly and timely. All collective bargaining agreements must be in accord with this policy.